IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN WILLIAM WALLACE,

      Plaintiff,                               No. CIV S-04-0774 MCE JFM PS

   vs.

U.S. GOVERNMENT, et al.,

      Defendants.                         ORDER

_____/

      On October 11, 2005, plaintiff filed a document entitled "Report and Complaint," and on February 10, 2006, plaintiff filed a document entitled "Notice." This action was closed on August 30, 2004. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: April 24, 2006.

                                                  UNITED STATES MAGISTRATE JUDGE

/001; wallace.58